UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA MCAFEE-RYAN and<br>JOHN RYAN,<br><br>Defendants. | NO.   CR24-213 JNW<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1

### (Conspiracy to Commit Wire Fraud)

**A. Background**

1.   Defendant Amanda McAfee-Ryan is the former office manager of a dental practice (the "Victim Company") owned by Dr. KL.  The Victim Company has two office locations, located in Shoreline, Washington and Lynnwood, Washington.

2.   McAfee-Ryan began working as a receptionist for the Victim Company in 2005 and transitioned to office manager in 2007.

3.   As office manager, McAfee-Ryan was responsible for initiating the payroll

Information - 1
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

process for employees through Paychex, the third-party vendor used by the Victim Company to handle payroll and 401(k) benefits for employees.  McAfee-Ryan was also responsible for paying the Victim Company's bills, including for office expenses.  The Victim Company's bank account statements and credit card statements were given directly to McAfee-Ryan.  Finally, McAfee-Ryan was also the administrator for the Victim Company's health insurance plan through United Healthcare.

4.  John Ryan worked as a temporary dental hygienist for the Victim Company between 2014 and 2015.  Beginning no later than 2016, Ryan ceased working for the Victim Company.

5.  After Ryan began working at the Victim Company in 2014, he began a romantic relationship with McAfee-Ryan.  In May 2016, McAfee-Ryan legally changed her name from Amanda Nicole Nash to Amanda Nicole McAfee-Ryan.

**B.  The Conspiracy**

6.  Beginning no later than 2016, and continuing until at least October 2023, in King County, within the Western District of Washington, and elsewhere, defendants AMANDA MCAFEE-RYAN and JOHN RYAN conspired, confedered, and agreed to commit the offense of wire fraud in violation of Title 18, United States Code, Section 1343.  That is, the defendants agreed to knowingly devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, promises, and omissions.  The defendants agreed that, to execute and attempt to execute the scheme and artifice to defraud, defendants would transmit, and cause to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds.

7.  The object of the conspiracy was to secretly embezzle over $890,000 of funds that were the rightful property of the Victim Company.  To avoid detection, defendants diverted these business funds to themselves by falsely claiming that the funds

Information - 2
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

were being paid to them for gross wages, healthcare benefits, or 401(k) benefits.  The defendants embezzled the funds during a time when defendant JOHN RYAN was no longer working for the Victim Company and used the stolen money for their personal benefit.

## C.  Manner and Means

The following conduct was part of defendants' scheme and artifice to defraud:

**1.  McAfee-Ryan Secretly Diverted Victim Company's Funds to Ryan When He No Longer Worked at the Company.**

8.  No later than January 2016, McAfee-Ryan began secretly misappropriating Victim Company's funds by providing her boyfriend, Ryan, with salary payments and benefits that he had not earned.

9.  Specifically, between 2016 and 2023, McAfee-Ryan paid Ryan at least $780,150.80 in gross wages when he no longer worked at the Victim Company.

10. These salary payments from Victim Company were paid directly into Ryan's bank account, and he used the money for his own personal benefit.

11. In 2022, Ryan was paid the highest salary of any employee of Victim Company, including Dr. KL.

12. In addition to the payroll payments made to Ryan between 2016 and 2023, McAfee-Ryan also caused the Victim Company to pay $59,681.50 to the IRS for the FICA employer tax—a necessary tax withholding—for the wages paid to Ryan.

13.  Between 2020 and 2023, McAfee-Ryan also diverted Victim Company's funds to contribute at least $8,225.28 towards Ryan's 401(k) through the Victim Company's 401(k) matching program.

14. Finally, between 2016 and 2023, McAfee-Ryan diverted at least $43,040.13 in Victim Company's funds to provide Ryan with medical and vision benefits through United Healthcare.

Information - 3
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. In her role as office manager, and to facilitate the fraudulent scheme, McAfee-Ryan submitted false payroll entries for Ryan to Paychex, the third-party vendor used by the Victim Company to handle payroll and 401(k) benefits. Ryan then received direct deposits for the fraudulent payroll entries from the Victim Company into his personal bank account. Paychex would also automatically remit to the IRS the required FICA employer tax for Ryan's payroll payments.

16. In her role as office manager, McAfee-Ryan was also the administrator of the dental practice's health insurance plan through United Healthcare and directed the medical and vision benefits provided to Ryan through the Victim Company's funds.

**2. McAfee-Ryan Lied to Dr. KL to Hide the Fraudulent Scheme.**

17. For years, McAfee-Ryan lied to Dr. KL about the state of Victim Company's finances to hide the fraudulent scheme.

18. For instance, McAfee-Ryan told Dr. KL that she sometimes paid herself $0 and that she had to reduce Dr. KL's own salary payments on occasion because the Victim Company did not have enough money.

19. McAfee-Ryan also told Dr. KL that she had to set up payment plans and juggle the Victim Company's bills because the Victim Company had no money and the Victim Company was under bill paying goals each month.

**3. Use of Interstate Wires.**

20. McAfee-Ryan used interstate wires in various ways in furtherance of the defendants' scheme to defraud.

21. For example, McAfee-Ryan submitted Ryan's payroll entries online to Paychex for each pay period between 2016 and 2023. By doing so, McAfee-Ryan used an interstate wire originating in Washington State to Paychex's servers in New York.

//

//

Information - 4
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In all, defendants caused Victim Company to pay a total of at least $891,097.71 between 2016 and 2023 as a result of the fraudulent scheme.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, AMANDA MCAFEE-RYAN and JOHN RYAN shall forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to that offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), and includes but is not limited to a sum of money reflecting the proceeds Defendant obtained as a result of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Information - 5
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this __5th__ day of ___November___, 2024.

s/ Sarah G. Vogel, for
TESSA M. GORMAN
United States Attorney

AMY JAQUETTE
Assistant United States Attorney

s/ Amanda McDowell
AMANDA MCDOWELL
Assistant United States Attorney

Information - 6
*United States v. McAfee-Ryan*
USAO No. 2023R01069

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970