The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AMANDA MCAFEE-RYAN, <br> Defendant. | No. CR24-213-JNW <br><br> **MOTION FOR ORDER OF FORFEITURE** <br><br> NOTE ON MOTION CALENDAR: <br> January 19, 2025 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b) and (c) for an Order of Forfeiture forfeiting, to the United States, Defendant Amanda Mcafee-Ryan's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $390,075.40, representing the proceeds Defendant obtained from her commission of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1349.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and docket entries made in this matter.

On November 14, 2024, Defendant pleaded guilty to *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1349, as charged in Count 1 of the Information. Dkt. Nos. 1, 9. In her Plea Agreement, Defendant agreed to forfeit her interest the above-

Motion for Order of Forfeiture - 1
*United States v. Amanda Mcafee-Ryan,* CR24-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  identified sum of money, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C.
2  §2461(c), as it reflects the proceeds Defendant obtained from her commission of this
3  offense. Dkt. No. 9 ¶ 15
4       To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B) and
5  (b)(4)(A)–(B), the United States now moves for an Order forfeiting Defendant's interest
6  in this $390,075.40 sum of money. A proposed order is submitted herewith.

       DATED this 7th day of January, 2025.

                            Respectfully submitted,

                            TESSA M. GORMAN
                            United States Attorney

                            *s/ Karyn S. Johnson*
                            KARYN S. JOHNSON
                            Assistant United States Attorney
                            United States Attorney's Office
                            700 Stewart Street, Suite 5220
                            Seattle, Washington 98101
                            Phone: (206) 553-2462
                            Fax: (206) 553-6934
                            Karyn.S.Johnson@usdoj.gov

Motion for Order of Forfeiture - 2
*United States v. Amanda Mcafee-Ryan,* CR24-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF system, which automatically serves the ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Motion for Order of Forfeiture - 3
*United States v. Amanda Mcafee-Ryan,* CR24-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970